**UNITED STATES BANKRUPCTY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| **MICHAEL ROY PRICE** | ) | Case No.: 19-60048 |
| | ) | |
| | ) | **CUMBERLAND VALLEY** |
| | ) | **NATIONAL BANK'S AMENDED** |
| | ) | **MOTION FOR RELIEF FROM** |
| | ) | **STAY AND DEBTOR** |
| | ) | **ABANDONMENT OF** |
| | ) | **PROPERTY FROM THE** |
| | ) | **ESTATE** |
| | ) | |

Pursuant to 11 U.S.C. § 362 AND 11 U.S. C. § 554 of the Bankruptcy Code, Cumberland Valley National Bank and Trust Company (CVNB) respectfully states as follows for its Motion:

1. CVNB is a party in interest in this Chapter 7 Bankruptcy Proceeding by virtue of its status as a creditor holding a perfected first mortgage lien on certain real property owned by Michael Roy Price (the "Debtor"), to wit: 1567 County Farm Road, London, Kentucky (hereinafter the "Property"), which secures a debt scheduled in this Bankruptcy Proceeding.

2. CVNB has filed a proof of claim proving its interest, which claim is of record as Claim No. 21 in the Claims Register and attached hereto as <u>Exhibit 1</u>.

3. As of January 10, 2019, when Debtor filed their Petition herein, Debtor owed CVNB a total of $349,974.75 in principal, accrued interest and late fees, including amounts for and costs incurred through that date.

4. There is no equity in the collateral available for unsecured creditors. Debtor estimates that value of his 100% fee interest in the property at $561,900.00. *See* Petition at Schedule A.

5. Moreover, Debtor's Schedule C demonstrates that Debtor claims no exemption as to

the Property.

6. Thus, there is no equity, or insufficient equity, in the Property to merit the stay remaining in place, and that pursuant to 11 U.S.C. § 554(b) CVNB states that the Property is of inconsequential value and benefit to the Estate.

7. Thus, the Court should modify or terminate the automatic state under 11 U.S.C. § 362(d)(2) because Debtor lacks any equity in the Property, and the Property is not necessary to an effective reorganization.

WHEREFORE, CVNB requests that the Court enter an appropriate Order Terminating the Automatic State and for Abandonment of Property from the Estate so as to allow it to proceed with a state-court foreclosure case or agreed upon auction. CVNB tenders a proposed Order for the Court's consideration.

Respectfully Submitted,

//s// Jeffrey T. Weaver
Jeffrey T. Weaver
Cumberland Valley National Bank
P.O. Box 709
London, KY 40743-0709
Tel: 606-878-7010
Fax: 606-877-3028
jeffweaver@cvnb.com

## NOTICE

Pursuant to Local Rules 4001-1 and 9013-1, Movant, CVNB observes that because this is a Chapter 7 case, (a) if no Response to this Motion is filed within fourteen (14) days of its date of service, the Court will grant the relief requested, and (b) if a Response stating good cause for a hearing is filed within fourteen (14) days of the date of service of this Motion, the Court will schedule a hearing at the Court's convenience.

## **CERTIFICATE OF SERVICE**

On this the 30th day of July, 2019, the undersigned served a copy of the foregoing electronically on all parties of record, which includes all parties identified in Local Rule 4001-1(f), in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order.

**BY U.S. MAIL TO:**

Michael Roy Price
1567 County Farm Road
London, KY 40741

//s//Jeffrey T. Weaver_____
Counsel for Cumberland Valley
National Bank and Trust Company